Case 1:07-cr-01007-SHS   Document 14   Filed 12/18/2007   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/18/07

# U.S. Pretrial Services
# Southern District of New York
# MEMORANDUM

See endorsement p. 2

| | |
|---|---|
| **DATE:** | December 14, 2007 |
| **TO:** | Honorable Sidney H. Stein<br>United States District Judge |
| **FROM:** | Natasha Ramesar<br>United States Pretrial Services Officer |
| **SUBJECT:** | George Edwards<br>07 CR 1007-03<br><u>VIOLATION REPORT</u> |

This memo will serve to provide the Court with updated information as to the defendant's adjustment while under Pretrial Services supervision.

On November 19, 2007, the above named defendant was arrested and charged with Conspiracy to Commit Wire Fraud in violation of Title 18 U.S.C. Sections 1343 and 1349. On that same date, the defendant appeared before United States Magistrate Judge Douglas F. Eaton for arraignment on the indictment and entered a plea of not guilty. This case was assigned to Your Honor for all purposes. United States Magistrate Judge Douglas F. Eaton released the defendant on a $50,000 personal recognizance bond to be cosigned by 2 financially responsible persons and with the following conditions: strict Pretrial Services supervision, surrender of travel documents/no new applications, and travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey. United States Magistrate Judge Douglas F. Eaton ordered the defendant released on his own signature. All other conditions were to be met by November 26, 2007.

On December 11, 2007, the defendant contacted PSO informing that he was rearrested in Queens County on December 4, 2007, for a narcotics related offense. The defendant explained that he was pulled over for a routine traffic stop and his vehicle was searched. He stated that the police officers informed that they found drugs in his vehicle which resulted in his arrest. The defendant advised that there were no drugs in

his vehicle and stated that he was uncertain as to what type of drugs the police officers found. The defendant informed that he was released on $10,000 bond/cash and is scheduled to return to Queens County Criminal Court on December 18, 2007.

An updated criminal record check was conducted which confirmed the defendant's rearrest. PSO contacted the respective court confirming the defendant's bail and next court date.

PSO obtained a copy of the charging document which indicates that the defendant is being charged with Criminal Possession of a Controlled Substance with the Intent to Sell (Class B Felony) and four motor vehicle violations. The charging document indicates that the defendant was traveling at a high rate of speed with no visible license plates, had an expired temporary license plate in the rear window, was driving an unregistered and uninspected vehicle, and was driving with the trunk lock pushed in and damaged. It further reveals that a large bag was recovered in the trunk containing a quantity of cocaine.

Although the defendant denies the use of illicit substances, as a result of his drug related re-arrest, we respectfully recommend that his bail be modified to include drug testing and treatment under the guidance of Pretrial Services. PSO spoke with both Assistant U.S. Attorney Michael Rosensaft and defense counsel Louis Freeman who have no objection to this modification. PSO will continue to monitor the defendant's state case and will keep Your Honor apprised of any new information.

Dec 18, 2007
So ordered
/s/ Sidney H. Stein
U.S.D.J.

Reviewed by Supervisory Pretrial Services Officer, Regina M. Joyner

cc: Michael Rosensaft, Assistant U.S. Attorney
Louis Freeman, Defense Attorney