**MEMORANDUM**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 1/14/07

TO:     HONORABLE SIDNEY H. STEIN
           United States District Judge

FROM:   Natasha Ramesar
           United States Pretrial Services Officer

                                              RE:        George Edwards
                                              DOCKET#:   07 CR 1007-03

The attached memorandum was prepared by Pretrial Services Officer:

| **Natasha Ramesar** | 212-805-4118 |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[X]     I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.    /s/ S. Stein 1/13/08

[ ]     My office will inform all parties concerned that I will conduct a Bail Review Hearing in

       Courtroom # _____ on _____ at _____ .
                                 Date               Time

[ ]     I request that a Bail Review Hearing be conducted by:

         [ ]     The presiding Magistrate Judge in courtroom # 5A.

         [ ]     The District Court Judge presiding in Part I.

         [ ]     _____ at his/her earliest convenience.
                          Judicial Officer

[ ]     So ordered: _____ Date _____