UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08

U.S.A. vs. Edwards                                    Docket No. 07 CR 1007-03

Petition for Action on Conditions of Pretrial Release

    COMES NOW NATASHA RAMESAR, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant George Edwards who was placed under Pretrial Services supervision by United States Magistrate Judge Douglas F. Eaton on November 19, 2007, with the following conditions:

-$50,000 personal recognizance bond cosigned by 2 financially responsible persons
-Strict Pretrial Services supervision
-Surrender of all travel documents/no new applications
-Travel restricted to the Southern and Eastern Districts of NY, and the District of New Jersey

On the above noted date, the defendant was arraigned on an indictment and entered a not guilty plea. This case was assigned to Your Honor for all purposes. Trial is scheduled for 7/7/08.

On December 14, 2007, a memo was submitted to Your Honor informing of the defendant's December 4, 2007, felony rearrest for Criminal Possession of a Controlled Substance. As a result of the aforementioned rearrest, on December 18, 2007 Your Honor modified the defendant's bail to include drug testing/treatment under the guidance of Pretrial Services. On January 7, 2008, a memo was submitted to Your Honor informing that the defendant's felony narcotics rearrest resulted in a violation of VTL 375.12 (illegal tinted windows).

    Respectfully presenting petition for action of Court and for cause as follows:

Since December 18, 2007, the defendant has reported to Pretrial Services weekly for drug testing. All drug tests have proved negative for all substances tested. The defendant has maintained employment and has complied with the conditions of his release. As such, we recommend that the defendant's bail be modified from strict supervision with drug testing/treatment to routine supervision, with all other conditions remaining in effect. We have discussed the matter with Assistant U.S. Attorney Michael Rosensaft who advised that he has no objection to this modification.

Praying that the Court will modify the defendant's bail from strict supervision with drug testing/treatment to routine supervision.

07cr1007-3 (SHS)

ORDER OF COURT

Considered and ordered this  14th  day of  May , 20 08  and ordered filed and made a part of the records in the above case.

_____
Honorable Sidney H. Stein
U.S. District Judge

Respectfully,

_____
Natasha Ramesar
U.S. Pretrial Services Officer

Approved by,

_____
Regina M. Joyner
Supervising U.S. Pretrial Services Officer

Date: May 12, 2008

cc: Michael Rosensaft, Assistant U.S. Attorney
    Louis Freeman, Defense Counsel