UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :

       - v. -                        :    ORDER

GEORGE EDWARDS,                    :    S4 07 Cr. 1007 (SHS)

            Defendant.          :

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

      WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on July 1, 2008;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea

is accepted.

SO ORDERED:

Dated:    New York, New York

         ___7/17/08___, 2008

                                        _____
                                        HONORABLE SIDNEY H. STEIN
                                        UNITED STATES DISTRICT JUDGE